

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

**AMENDED JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**
*(Changes Identified with Asterisks(**))*

v.

CASE NUMBER:  15-mj-07005-KMT-01

Christine Dieringer

BRETT JOLLIFFE

(Defendant's Attorney)

**Date of Original Judgment:** September 2, 2015.

**Reason for Amendment:** Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36).

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 C.F.R. Section 9212.1(a) | Prohibited Acts (cause a fire, other than a campfire, or the industrial flaring of gas, to be ignited by any source) | 09/10/2010 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 2 of the Information is dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 2, 2015
Date of Imposition of Judgment

Signature of Judicial Officer

Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judicial Officer

3-15-16
Date

DEFENDANT:  BRETT JOLLIFFE
CASE NUMBER:  15-mj-07005-KMT-01                                   Judgment-Page 2 of 5

## PROBATION

The defendant is hereby placed on probation for a term of one (1) year.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.

2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

DEFENDANT: BRETT JOLLIFFE
CASE NUMBER: 15-mj-07005-KMT-01

Judgment-Page 3 of 5

12)     The defendant shall not enter into any agreement to act as an informer or a special agent of a
        law enforcement agency without the permission of the court.

13)     As directed by the probation officer, the defendant shall notify third parties of risks that may be
        occasioned by the defendant's criminal record or personal history or characteristics, and shall
        permit the probation officer to make such notifications and to confirm the defendant's
        compliance with such notification requirement.

14)     The defendant shall provide the probation officer with access to any requested financial
        information.

## ADDITIONAL CONDITIONS OF SUPERVISION

None.

DEFENDANT: BRETT JOLLIFFE
CASE NUMBER: 15-mj-07005-KMT-01

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|-------|-----------|-----|------|-------------|
| 1 | $25.00 | $0.00 | $0.00 | $20,000.00 |
| TOTALS | $25.00 | $0.00 | $0.00 | $20,000.00 |

The defendant shall make restitution to the following payees in the amounts listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | ** Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|-----------------------|----------------------------------|------------------------------------------|
| Bureau of Land Management 3028 East Main Street Canon City, Colorado 81212 | $1,650.00 | **$1,650.00 | **100% |
| U.S. Forrest Service 3028 East Main Street Canon City, Colorado 81212 | $18,350.00 | **18,350.00 | **100% |
| TOTALS | $20,000.00 | $20,000.00 | |

Restitution amount ordered pursuant to plea agreement: . . . . . $20,000.00

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  BRETT JOLLIFFE
CASE NUMBER:  15-mj-07005-KMT-01

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Restitution to be paid in not less than 10 years and up to 20 years.  Payment schedule to be determined by probation.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest.